IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF UNADILLA, GEORGIA,<br><br>  Defendant. | Case No. 5:23-cv-00062-TEX |

## ORDER OF DISMISSAL

This matter is before the Court upon the joint motion of the parties, having entered into a settlement agreement, to dismiss this action with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(2), subject to a request that this Court retain jurisdiction over the enforcement of the settlement agreement.

For good cause shown, the motion is GRANTED. This matter is hereby DISMISSED WITH PREJUDICE, subject to the Court's retention of jurisdiction for the purpose of enforcing the terms of the settlement agreement.

Each party shall bear their own costs and attorneys' fees.

SO ORDERED this 12 day of Mar 2024.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT