IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>CITY OF UNADILLA GEORGIA et al.,<br><br>Defendants. | *<br>*<br>*  Case No. 5:23-cv-00062-TES<br>*<br>*<br>* |

# **J U D G M E N T**

Pursuant to this Court's Order dated March 12, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of March, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk